# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>Plaintiff,<br><br>v.<br><br>**GILBERTO FONTANEZ-ALVARADO,**<br>Defendant. | **INDICTMENT**<br>CRIMINAL NO. 25-501 (GMM)<br><br>**VIOLATIONS:**<br>18 U.S.C. § 2252A(a)(1)<br>18 U.S.C. § 2252A(a)(5)(B)<br><br>**TWO COUNTS &**<br>**FORFEITURE ALLEGATION** |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Transportation of Child Exploitation Material
(Title 18, United States Code, Section 2252A(a)(1))

From on or about August 27, 2012, through on or about November 7, 2025, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**GILBERTO FONTANEZ-ALVARADO,**

did knowingly transport, using a means and facility of interstate and foreign commerce, and in or affecting interstate and foreign commerce, by any means, including by laptop computer, any child pornography as defined by Title 18, United States Code, Section 2256(8)(A). All in violation of Title 18, United States Code, Sections 2252A(a)(1) and (b)(1).

*[RECEIVED & FILED CLERK'S OFFICE, DEC - 3 2025, US DISTRICT COURT, SAN JUAN, PR, 3:38]*

## COUNT TWO
### Possession of Child Exploitation Material
(Title 18, United States Code, Section 2252A(a)(5)(B))

From on or about August 27, 2012, through on or about November 7, 2025, in the District of Puerto Rico, and within the jurisdiction of this Court, the defendant,

**GILBERTO FONTANEZ-ALVARADO,**

knowingly possessed, and accessed with intent to view, any material containing an image of child pornography as defined by Title 18, United States Code, Section 2256(8)(A), that has been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and was produced using materials which had been mailed, shipped and transported in or affecting interstate and foreign commerce by any means, including by computer, that is: the defendant, using electronic devices, such as a Gray HP Laptop, a Blue Cover tablet, a Seagate Hard Drive, a WD Black Hard Drive, a WD White Hard Drive and a Blue SD card, possessed images of child pornography, including child pornography of a prepubescent minor or a minor who had not attained 12 years of age. All in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### FORFEITURE ALLEGATION

The allegations of this Indictment are re-alleged as if fully set forth herein, for the purpose of alleging forfeiture, pursuant to Title 18, United States Code, Section 2253.

If convicted of the offense set forth above, **GILBERTO FONTANEZ-ALVARADO,** the defendant herein, shall forfeit to the United States any and all materials or property used or intended to be used in the possession, receipt, transportation,

distribution, or production of child pornography including a Gray HP Laptop, a Blue Cover tablet, a Seagate Hard Drive, a WD Black Hard Drive, a WD White Hard Drive and a Blue SD card. All pursuant to Title 18, United States Code, Section 2253.

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández Vega
Assistant United States Attorney
Chief, Child Exploitation & Immigration

_____
Emelina M. Agrait Barreto
Assistant United States Attorney
Child Exploitation & Immigration Unit

TRUE BILL,

_____
Foreperson
Date: 12-3-2025